19 So.2d 856

### Hilton Lee VOWELL v. STATE.
### I Div. 501.

Court of Appeals of Alabama.
Nov. 21, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

13 So.2d 902

### Mattie WALKER v. STATE.
### 4 Div. 782.

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

20 So.2d 898

### O. J. WALLS v. H. C. BLACKWOOD.
### 6 Div. 59.

Court of Appeals of Alabama.
Dec. 12, 1944.

J. T. Johnson, of Oneonta, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

15 So.2d 926

### Stephen WASHINGTON v. CITY OF BIRMINGHAM.
### 6 Div. 30.

Court of Appeals of Alabama.
Nov. 26, 1943.

PER CURIAM.
Appeal dismissed, want of prosecution.

18 So.2d 121

### Kirk WASHINGTON v. STATE.
### 8 Div. 389.

Court of Appeals of Alabama.
Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

13 So.2d 902

### Francis C. (alias Cleveland) WATKINS (alias Cleve Watson) v. STATE.
### I Div. 439.

Court of Appeals of Alabama.
April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.